AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of Information Associated with Instagram profile under the username of "myprivatephotos2025" (account ID 72028552368) stored at Meta Platforms, Inc., a company headquartered at 1601 Willow Road, Menlo Park, California 94025. | Case No.  26-04052MB<br><br>**(Filed Under Seal)** |

### ELECTRONIC SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before ___February 27, 2026___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona.</u>

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2026.02.14 11:36:29 -07'00'

Date and time issued: _____            _____
                                                                                    *Judge's signature*

City and state: <u>Flagstaff, Arizona</u>            <u>Honorable Camille D. Bibles, U.S. Magistrate Judge</u>
                                                                              *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:    26-04052MB<br>DO55DR26DO0002 | Date and time warrant executed:<br>02/23/2026 4:00PM | Copy of warrant and inventory left with:<br>Sent via email |

Inventory made in the presence of :
Special Agent Michael Wantz

Inventory of the property taken and name(s) of any person(s) seized:


I, Michael Wantz, Special Agent, do hereby swear the information on the return and inventory contains a true and detailed account of all property taken;

I executed the within warrant on the 23rd day of February 2026, by sending the warrant via email to Instagram in connection with CyberTipline Report #204409280.

Instagram has only provided an acknowledgment of receipt of the warrant as of the date of this report. Once the results are received, a full analysis of the information will be conducted.

I swear the requested items as described in the warrant were provided by Instagram and described herein.

**Certification**

        I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:        3/2/2026

MICHAEL S WANTZ

Digitally signed by MICHAEL S WANTZ
Date: 2026.03.02 11:23:21 -07'00'

*Executing officer's signature*

Michael Wantz, Special Agent

*Printed name and title*